UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA : CR. NO.

v. : 3:24 cr 194

JOSE COLON, : Judge Mannion
   a/k/a Efrain Colon
   a/k/a Joey Efrain
   a/k/a Jose J. Colon

Defendant :

FILED
SCRANTON
JUL 30 2024
PER ___ DEPUTY CLERK

INDICTMENT

THE GRAND JURY CHARGES:

COUNT 1
18 U.S.C. § 2251(a)
(Production of Child Pornography)

On or about December 31, 2019, in Monroe County, in the Middle District of Pennsylvania, and elsewhere, the defendant,

JOSE COLON,
a/k/a Efrain Colon
a/k/a Joey Efrain
a/k/a Jose J. Colon

did knowingly employ, use, persuade, induce, entice and coerce a minor, MINOR VICTIM 1, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, and the visual depiction was produced using materials that have been mailed, shipped, and

transported in and affecting interstate and foreign commerce by any means, including by computer.

In violation of Title 18, United States Code, Section 2251(a).

THE GRAND JURY FURTHER CHARGES:

## COUNT 2
18 U.S.C. § 2251(a)
(Production of Child Pornography)

On or about July 5, 2020, in Monroe County, in the Middle District of Pennsylvania, and elsewhere, the defendant,

**JOSE COLON,**
a/k/a Efrain Colon
a/k/a Joey Efrain
a/k/a Jose J. Colon

did knowingly employ, use, persuade, induce, entice and coerce a minor, MINOR VICTIM 2, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, and the visual depiction was produced using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer.

In violation of Title 18, United States Code, Section 2251(a).

THE GRAND JURY FURTHER CHARGES:

## COUNT 3
18 U.S.C. § 2251(a)
(Production of Child Pornography)

On or about July 10, 2020, in Monroe County, in the Middle District of Pennsylvania, and elsewhere, the defendant,

**JOSE COLON,**
a/k/a Efrain Colon
a/k/a Joey Efrain
a/k/a Jose J. Colon

did knowingly employ, use, persuade, induce, entice and coerce a minor, MINOR VICTIM 3, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, and the visual depiction was produced using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer.

In violation of Title 18, United States Code, Section 2251(a).

## FORFEITURE ALLEGATION

The allegations contained in Counts 1 through 3 of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 2253 and Title 18, United States Code, Section 2428.

Pursuant to Title 18, United States Code, Section 2253, and Title 18, United States Code, Section 2428, upon conviction of the offense in violation of Title 18, United States Code, Section 2251(a), Title 18, United States Code, Sections 2252(a)(2), and Title 18, United States Code, Section 2422(b) the defendant,

> **JOSE COLON,**
> a/k/a Efrain Colon
> a/k/a Joey Efrain
> a/k/a Jose J. Colon

shall forfeit to the United States of America:

- a. Any visual depiction described in Title 18, United States Code, sections 2251, 2251A, or 2252, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Title 18, United States Code, Chapter 110;
- b. Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offenses;

4

c. Any property, real or personal, used or intended to be used to commit or to promote the commission of the offenses; and

d. Any property, real or personal, that constitutes or is derived from proceeds traceable to any violation of this offense.

By virtue of the commission of the offenses charged in Counts 1 through 4 of this Indictment by the defendant,

**JOSE COLON,**
**a/k/a Efrain Colon**
**a/k/a Joey Efrain**
**a/k/a Jose J. Colon**

any and all right, title, and interest the defendant may have had in any of the property involved in or traceable to the offenses alleged in Counts 1 through 4 of this Indictment is vested in the United States and is hereby forfeited to the United States pursuant to Title 18, United States Code, Section 2253, and Title 18, United States Code, Section 2428.

If any of the property involved in or traceable to the offenses alleged in Counts 1 through 4 of this Indictment, as a result of any act or omission of the defendant:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

All pursuant to Title 18, United States Code, Section 2253, and Title 18, United States Code, Section 2428.

GERARD M. KARAM
United States Attorney

LUISA HONORA BERTI
Assistant United States Attorney

A TRUE BILL

FOREPERSON

July 30, 2024
Date

6